```
      UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

   IN RE:                                          CASE NO. 07 B 15689
      WILLIAM J ZACHMAN
                                                   CHAPTER 13

                                                   JUDGE: A. BENJAMIN GOLDGAR

          Debtor
      SSN XXX-XX-1149
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 08/29/07 and confirmed on 11/16/07.

    2.  The case was converted to Chapter 7 after confirmation, 11/04/2008.

    3.  The Debtor paid a total of $   6985.00 .

    4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHASE HOME FINANCE | CURRENT MORTG | .00 | .00 | .00 |
| CHASE HOME FINANCE | MORTGAGE ARRE | 1808.57 | .00 | 1808.57 |
| CONSUMERS COOP CU | SECURED VEHIC | 2381.00 | 41.07 | 2381.00 |
| LAKE COUNTY COLLECTOR | SECURED | .00 | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 632.52 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 749.98 | .00 | .00 |
| GE MONEY BANK | UNSECURED | 114.93 | .00 | .00 |
| PEOPLES GAS | UNSECURED | NOT FILED | .00 | .00 |
| US BANK | UNSECURED | 1042.70 | .00 | .00 |
| WELLS FARGO FINANCIAL IN | UNSECURED | 258.36 | .00 | .00 |

          Summary of disbursements:
---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 4189.57 | .00 | 2798.49 | .00 | 6988.06 |
| PRINCIPAL PAID | 4189.57 | .00 | .00 | .00 | 4189.57 |
| INTEREST PAID | 41.07 | .00 | .00 | .00 | 41.07 |
| TOTAL PAID | 4230.64 | .00 | .00 | .00 | 4230.64 |

The Debtor's attorney, GARY N FOLEY PC                 , was allowed $   3500.00
and was paid $   1126.00  direct and $   2374.00  through the plan.

The Trustee received $     380.36 .

Refunds to the Debtor totaled $       .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

Dated: 02/12/09

/S/
GLENN STEARNS
CHAPTER 13 TRUSTEE

PAGE 2
CASE NO. 07 B 15689 WILLIAM J ZACHMAN